# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **JAMES SMITH WHITLOCK, III,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV958 |
| | ) | |
| **JARED GREENLEE,** | ) | |
| | ) | |
| Defendant. | ) | |

## INITIAL PRETRIAL CONFERENCE
## MEMORANDUM AND ORDER

The parties in the above-entitled action appeared at Greensboro, North Carolina, on February 28, 2011, for an initial pretrial conference. Attorney Kari R. Johnson appeared for Defendant. The Plaintiff, James S. Whitlock, III, appeared *pro se.*

After conferring with the parties, the Court enters the following orders:

**IT IS ORDERED** that the standard discovery track applies with the exceptions that the parties are allowed to conduct discovery until and through August 31, 2011, and interrogatories and requests for admission are limited to no more than 40 from each party. Mediation in the case is ordered and must be completed by the end of discovery.



          /s/ P. Trevor Sharp
United States Magistrate Judge

Date: March 1, 2011