IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAMES SMITH WHITLOCK, III,   )
                             )
            Plaintiff,       )
                             )
    v.                       )      1:10-cv-00958
                             )
JARED GREENLEE,              )
                             )
            Defendant.       )
```

**JUDGMENT**

For the reasons set out in the Memorandum Opinion filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that the motion of Defendant Jared Greenlee to dismiss this action made orally on December 23, 2014, and in Docket Entry 86 is GRANTED, and this action is DISMISSED WITH PREJUDICE. Each party to bear his own costs.

                                              /s/   Thomas D. Schroeder
                                        United States District Judge

January 26, 2015